UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELORES CHATELAIN | CIVIL ACTION |
| VERSUS | NO: 09-4453-LMA-SS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Delores Chatelain, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Chatelain's motion to remand pursuant to 42 U.S.C. § 405(g) (Rec. doc. 11) is DENIED.

New Orleans, Louisiana, this ____9th____ day of June, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE