UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DELORES CHATELAIN                                CIVIL ACTION

VERSUS                                           NO: 09-4453-LMA-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Delores Chatelain, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 22) is granted and the motion of the plaintiff, Delores Chatelain, for summary judgment (Rec. doc. 21) is denied.

New Orleans, Louisiana, this   17th   day of August, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE